GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street-
Suite 650
Oakland, CA 94607-3627

Counsel for Defendant MILTON MORROW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 12-0225 CW (DMR) |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER MODIFYING CONDITIONS |
| ) | OF RELEASE TO ALLOW TRAVEL |
| MILTON EARL MORROW, ) | TO THE EASTERN DISTRICT OF |
| ) | CALIFORNIA FOR MEDICAL |
| Defendants. ) | APPOINTMENTS |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of release for Milton Earl Morrow may be modified to allow him to travel to the Eastern District of California for medical appointments with the approval of his United States pretrial services officer. Mr. Morrow is currently at the Newbridge Foundation residential drug treatment program and a representative from the program travels with him any time he leaves the facility. Mr. Morrow has a medical appointment on April 23, 2012. Because his doctor's office is in the Eastern District of California, Pretrial Services Officer Victoria Gibson has recommended that Mr. Morrow's conditions

of release be modified to include travel to the Eastern district for medical appointments with the approval of his United States pretrial services officer. All other conditions of release would remain the same.

DATED: 04/19/12

/s/
JOYCE LEAVITT
Attorney for Milton Morrow

DATED: 04/19/12

/s/
JAMES MANN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for Milton Earl Morrow may be modified to allow him to travel to the Eastern District of California for medical appointments with the approval of his pretrial services officer. All other conditions of release shall remain the same.

SO ORDERED.

DATED: 04/20/12

for /s/ Kandis Westmore
DONNA M. RYU
United States Magistrate Judge